**SIMON LAW GROUP PLLC**
Craig J. Simon, #018920
Illinois State Bar #6186111 (Adm. 1983)
2141 E. Broadway Road, Suite 113
Tempe, Arizona 85282-1705
Telephone: (480) 745-2450
Facsimile: (480) 745-2454
Email: Craig@SimonLawGroupAZ.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **JAMES CLOSE,**<br><br>      Plaintiff,<br><br>and<br><br>**CIGAR KING, LLC,**<br><br>      Defendant. | Case No.: 2:17-CV-00230-DMF<br><br>**STIPULATION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT, NOTICE OF SETTLEMENT, AND REQUEST TO VACATE CASE MANGEMENT TELEPHONIC CONFERENCE SET FOR JUNE 26, 2017 AT 2:30 P.M.**<br><br>(Assigned to the Honorable Deborah M. Fine) |

Defendant, **CIGAR KING, LLC**, by and through counsel undersigned, and Petitioner, **JAMES CLOSE,** by and through counsel undersigned, hereby submit their Stipulation to Dismiss Plaintiff's Amended Complaint filed on March 27, 2017, Notice of Settlement, and Request to Vacate Case Management Conference Set for June 26, 2017 at 2:30 p.m.

The parties hereby give notice to the Court that the parties have settled the contested issues to be heard at the Case Management Telephonic Conference on June 26, 2017 at 2:30 p.m. and request the Case management Telephonic Conference be vacated.

- 1 -



1  This notice is being provided as required by Rule 5.3(d) of *Ariz.Civ.P.*, which requires

2  counsel to promptly notify the Court of any settlement.

3  **WHEREFORE,** the parties respectfully request this Honorable Court dismiss

4  United States District Court, District of Arizona Court cause #2:17-CV-00230-DMF and

5  vacate the Case Management Telephonic Conference currently set for June 26, 2017 at

6  2:30 p.m.

7  **RESPECTFULLY SUBMITTED** this 19th day of June, 2017.

8  **JOSEPH W. CHARLES PC**               **SIMON LAW GROUP PLLC**

9

   /s/Joseph W. Charles                   /s/Craig J. Simon
10 Joseph W. Charles                      Craig J. Simon
   *Attorney for Plaintiff*               *Attorney for Defendant*
11

12 A copy of this document electronically filed with The Office of the Clerk of the United States District Court for the District of Arizona using the CM/ECF System, and a copy of the foregoing emailed*/mailed to the following, on June 19, 2017:

13
   The Honorable Deborah M. Fine*
14 United States Magistrate Judge

15 Joseph W. Charles
   Joseph W. Charles, P.C.
16 5704 West Palmaire Avenue
   P.O. Box 1737
17 Glendale, Arizona 85311-1737
   coachjoe@joecharles.com
18 *Attorneys for Plaintiff*

19 By: /*s/Craig J. Simon*

20

21

22

23

- 2 -