UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES CLOSE,<br><br>Plaintiff,<br><br>and<br><br>CIGAR KING, LLC,<br><br>Defendant. | Case No.: 2:17-CV-00230-DMF<br><br>**ORDER**<br><br>(Assigned to the Honorable Deborah M. Fine) |

This matter is before the Court on the Stipulation to Dismiss Plaintiff's Amended Complaint, Notice of Settlement, and Request to Vacate Case Management Conference (Doc. 25). For good cause shown,

**IT IS HEREBY ORDERED** dismissing United States District Court, District of Arizona Court cause #2:17-CV-00230-DMF and vacating the Case Management Telephonic Conference currently set for June 26, 2017 at 2:30 p.m.

Dated this 20th day of June, 2017.

Honorable David K. Duncan
United States Magistrate Judge

For Judge Fine

- 1 -